AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

United States District Court
Southern District of Texas
FILED

DEC 1 6 2014

David J. Bradley, Clerk

| United States of America | ) |
|---|---|
| v. | ) |
| Michael Sanchez, YOB 1986 | ) Case No. M-14-2360-M |
| USC | ) |
| | ) |
| | ) |
| Defendant(s) | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __November 12, 2014__ in the county of __Hidalgo__ in the __Southern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 21, U.S.C. 841 | Knowingly and intentionally possess with intent to distribute more than 500 grams of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance. |

This criminal complaint is based on these facts:
See Attachment

☑ Continued on the attached sheet.

_[signature]_ 12-16-14

_[signature]_
Complainant's signature

Matthew D. Hiemstra, Special Agent, FBI
Printed name and title

Sworn to before me and signed in my presence.

Date: __December 16, 2014__

_[signature]_
Judge's signature

Peter E. Ormsby
U.S. Magistrate Judge
Printed name and title

City and state: __McAllen, Texas__

Attachment

I, Matthew D. Hiemstra, being duly sworn, state as follows:

1. I am a Special Agent with the Federal Bureau of Investigation (hereinafter referred to as "FBI") in McAllen, Texas. I have conducted numerous investigations related to crimes of drug trafficking. This affidavit is based on information provided to me by the investigators from the McAllen Police Department (hereinafter referred to as "MPD").
2. On November 12, 2014, at approximately 2:22 p.m., MPD investigators responded to a call from the Transportation Security Administration (hereinafter referred to as "TSA") regarding a suspicious package. TSA Officer R.M. located the suspicious package while operating the X-Ray machine at McAllen-Miller International Airport. The X-Ray machine detects both explosive and organic matter and alerted on a suitcase sent over from the American Airlines ticket counter. The suitcase belonged to Michael SANCHEZ (hereinafter referred to as "SANCHEZ"), and its destination was Detroit, Michican.
3. TSA conducted a full, open bag search of the suitcase and located the suspicious package which was wrapped in black tape. MPD investigators were then escorted to the main airport lobby area where they observed a male subject that appeared to be nervous. MPD approached the individual and the male subject identified himself as SANCHEZ. SANCHEZ confirmed that he was traveling on American Airlines and had checked a suitcase whose description was similar to the suitcase where the suspicious package was found. SANCHEZ was then escorted to the MPD office located inside the airport.
4. Upon arriving at the MPD office, SANCHEZ was read his Miranda Warnings and stated that he understood his rights. SANCHEZ was shown the suitcase containing the suspicious package and he confirmed that it was his suitcase. SANCHEZ signed a consent form allowing MPD to search his belongings. The suspicious package was slightly cut open which revealed a white, powdery substance that field tested positive for the presence of cocaine. MPD was then advised he would be placed under arrest for being in possession of cocaine.
5. SANCHEZ stated that the cocaine was his and that he intended to transport it to Detroit, Michigan, where he would sell it for $35,000.00. SANCHEZ also stated that he purchased the cocaine in Mexico for $7,500.00 and smuggled the cocaine across the Anzalduas International Bridge in Mission, Texas.
6. MPD took photographs of the cocaine package and found the weight to equal 1.1 kilograms. The evidence was then secured by MPD and SANCHEZ was transported to the MPD jail for booking procedures.